1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RONNIE BROWN,

11            Plaintiff,                    No. CIV-S-06-2921 LKK KJM P

12        vs.

13   STATE OF CALIFORNIA, et al.,

14            Defendants.              FINDINGS & RECOMMENDATIONS

15   _____/

16            Court documents were served recently on plaintiff's address of record and

17   returned by the postal service.  It appears that plaintiff has failed to comply with Local Rule 83-

18   182(f), which requires that a party appearing in propria persona inform the court of any address

19   change.

20            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for

21   plaintiff's failure to keep the court apprised of his current address.  See Local Rules 83-182(f)

22   and 11-110.

23            These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

25   days after being served with these findings and recommendations, plaintiff may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

1   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

2   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

3   F.2d 1153 (9th Cir. 1991).

4   DATED:  February 9, 2007.

5   _____
    U.S. MAGISTRATE JUDGE

6

7   1
    brow2921.33

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26