IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE BROWN,

    Plaintiff,                      No. CIV S-06-2921 LKK KJM P

    vs.

ARNOLD SCHWARZENEGGAR, et al.,    <u>ORDER AND</u>

    Defendant.                 <u>FINDINGS AND RECOMMENDATIONS</u>

                             /

        Plaintiff is a former California prisoner proceeding pro se. On February 9, 2007, the court recommended that this action be dismissed because plaintiff had not kept the court apprised of his current address. Plaintiff provided the court with his current address on March 7, 2007. Accordingly, the court's February 9, 2007 findings and recommendations will be vacated.

        After reviewing the court's docket, it is apparent that the complaint filed in this action is duplicative of a complaint filed on December 11, 2006 in CIV-S-06-2799 LKK GGH P. Accordingly, this action will be dismissed as duplicative.

        In accordance with the above, IT IS HEREBY ORDERED that the court's February 9, 2007 findings and recommendations are vacated.

/////

/////

1

1    IT IS HEREBY RECOMMENDED that this action be dismissed as frivolous.

2    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  April 16, 2007.

_____
U.S. MAGISTRATE JUDGE

1
brow2921.frs